**CALIFORNIA MEN'S COLONY, UNIT II MEN'S ADV. COUNCIL, Plaintiff-Appellant,**

v.

**James ROWLAND, Director, James H. Gomez, Sara Bruce, Leslie Bandaccari, Defendants-Appellees.**

No. 90–55600.

United States Court of Appeals, Ninth Circuit.

April 14, 1993.

Before: TANG, REINHARDT, and WIGGINS, Circuit Judges.

## ORDER

Pursuant to the opinion of the United States Supreme Court, the prior judgment of this court is vacated and the case is remanded to the district court, where the motion for leave to file *in forma pauperis* must be denied. *Rowland v. California Men's Colony,* —— U.S. ——, ——, 113 S.Ct. 716, 726, 121 L.Ed.2d 656 (1993).